UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| CHARLOTTE FARRAR, individually and on behalf of those similarly situated, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) Cause No. 3:17-cv-79-WTL-MPB ) |
| APEX BEHAVIORAL SERVICES, LLP, | ) ) |
| Defendant. | ) |

## ENTRY ON AGREED MOTION

This cause is before the Court on the parties' Amended Agreed Motion for Approval and to Facilitate Notice to Collective Plaintiffs Pursuant to 29 U.S.C. § 216(b) (Dkt. No. 36). The motion is **GRANTED** and the Court hereby approves the Notice and Consent Form found at Dkt. Nos. 38-1 and 38-2. The Court further **ORDERS** that, **within twenty days of this Entry,** the Defendant shall provide the Plaintiff the names and last known addresses of (1) all of the Defendant's current and former employees who held hourly non-exempt positions as "Home Manager" and/or "Lead" who worked from January 1, 2015, to September 30, 2016; and (2) all of the Defendant's current and former employees who held hourly non-exempt positions as "Direct Support Professionals" who worked from January 1, 2015, to September 30, 2015.

SO ORDERED: 11/15/17

_William T. Lawrence_

Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

Copies to all counsel of record via electronic notification